THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tarren Hughey, Appellant.
 
 
 

Appeal From Richland County
Reginald I. Lloyd, Circuit Court Judge
Unpublished Opinion No. 2008-UP-635
Submitted November 3, 2008  Filed
 November 13, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Tarren Hughey appeals his conviction of grand larceny
 and sentence of five years imprisonment.  Hughey argues the trial court erred
 by failing to sever his trial from his co-defendants.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Hugheys appeal and grant counsels
 motion to be relieved. [1] 
APPEAL
 DISMISSED.  
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.